**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: EDWARD C. KINDRED § Case No. 14-81946
TIFFANY C. KINDRED §
§
Debtor(s) §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 06/23/2014.

2) The plan was confirmed on 08/29/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 02/05/2018.

6) Number of months from filing or conversion to last payment: 43.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $44,533.00.

10) Amount of unsecured claims discharged without full payment: $43,454.16.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

|  |  |  |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 18,912.00 | |
| Less amount refunded to debtor(s) | $ 486.90 | |
| **NET RECEIPTS** | | $ 18,425.10 |

**Expenses of Administration:**

|  |  |  |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 4,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,345.30 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 5,345.30 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| CARRINGTON MORTGAGE | Sec | 7,500.00 | 5,951.99 | 5,951.99 | 5,951.99 | 0.00 |
| SANTANDER CONSUMER USA INC | Sec | 0.00 | 4,000.65 | 4,000.65 | 4,000.65 | 0.00 |
| U.S. DEPT OF HOUSING & URBAN | Sec | 0.00 | 35,830.20 | 0.00 | 0.00 | 0.00 |
| GET IT NOW LLC | Sec | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 46.69 |
| GET IT NOW LLC | Uns | 860.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KISHWAUKEE AUTO CORRAL INC | Sec | 2,026.00 | 1,876.31 | 1,876.31 | 1,876.31 | 204.16 |
| AMERICOLLECT INC | Uns | 29.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE % AT&T | Uns | 349.00 | 179.16 | 179.16 | 0.00 | 0.00 |
| BLACKHAWK PROPANE | Uns | 384.00 | NA | NA | 0.00 | 0.00 |
| BOONE COUNTY IL CLERK | Uns | 1,247.00 | NA | NA | 0.00 | 0.00 |
| CARLSON ORTHOPEDIC CLINIC | Uns | 562.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCKFORD | Uns | 347.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 443.00 | 328.00 | 328.00 | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 1,040.00 | 1,951.65 | 1,951.65 | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL | Uns | 157.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK NA | Uns | 1,143.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV, LLC BY | Uns | 247.00 | 247.14 | 247.14 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DUNCAN SUPPLY | Uns | 89.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Uns | 477.00 | NA | NA | 0.00 | 0.00 |
| HARTSOUGH DERMATOLOGY | Uns | 121.00 | NA | NA | 0.00 | 0.00 |
| HOLLYWOOD VIDEO | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| HSBC / ORCHARD BANK | Uns | 217.00 | NA | NA | 0.00 | 0.00 |
| CERASTES, LLC | Uns | 337.00 | 337.50 | 337.50 | 0.00 | 0.00 |
| IDES | Uns | 7,234.00 | NA | NA | 0.00 | 0.00 |
| IGNACIO OMENGAN MD | Uns | 110.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 213.00 | NA | NA | 0.00 | 0.00 |
| INFINITY HEALTHCARE | Uns | 157.00 | NA | NA | 0.00 | 0.00 |
| KEITH SCHOOL | Uns | 3,235.00 | NA | NA | 0.00 | 0.00 |
| KROGER CHECK RECOVERY | Uns | 98.00 | NA | NA | 0.00 | 0.00 |
| MADISON RADIOLOGISTS | Uns | 29.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU CENTRE | Uns | 224.00 | 223.90 | 223.90 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 347.00 | NA | NA | 0.00 | 0.00 |
| NEW VISION LASER CENTER | Uns | 243.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 749.00 | 1,115.59 | 1,115.59 | 0.00 | 0.00 |
| PAYPAL INC | Uns | 3,387.00 | 3,386.77 | 3,386.77 | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP | Uns | 175.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD INC | Uns | 589.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY WAUKESHA SC | Uns | 135.00 | NA | NA | 0.00 | 0.00 |
| RAINBOW CHILDCARE | Uns | 263.00 | NA | NA | 0.00 | 0.00 |
| RNB - FIELDS3 | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCK VALLEY WOMENS HEALTH | Uns | 19.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD BUSINESS COLLEGE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SBC ILLINOIS | Uns | 89.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 276.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Uns | 1,890.00 | NA | NA | 0.00 | 0.00 |
| USA WEB CASH | Uns | 1,409.00 | NA | NA | 0.00 | 0.00 |
| VISTA B VENTURES | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| WEED MAN LAWN CARE | Uns | 417.00 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO COUNTY | Uns | 5,088.00 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO PUBLIC LIBRARY | Uns | 197.00 | NA | NA | 0.00 | 0.00 |
| STATE OF WISCONSIN | Uns | 700.00 | 5,642.45 | 5,642.45 | 0.00 | 0.00 |
| CASH YES | Uns | 887.00 | NA | NA | 0.00 | 0.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FARMERS INSURANCE | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| SMITH OIL CORP | Uns | 78.00 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO COUNTY STATE'S | Uns | 866.00 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO CUSD 323 | Uns | 450.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 5,951.99 | $ 5,951.99 | $ 0.00 |
| Debt Secured by Vehicle | $ 1,876.31 | $ 1,876.31 | $ 204.16 |
| All Other Secured | $ 5,000.65 | $ 5,000.65 | $ 46.69 |
| **TOTAL SECURED:** | $ 12,828.95 | $ 12,828.95 | $ 250.85 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 13,412.16 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 5,345.30 |
| Disbursements to Creditors | $ 13,079.80 |
| **TOTAL DISBURSEMENTS:** | $ 18,425.10 |

UST Form 101-13-FR-S (9/1/2009)

   12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  05/22/2018   By:  /s/ Lydia S. Meyer
            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)